

# Fourth Court of Appeals
## San Antonio, Texas

August 31, 2022

No. 04-22-00197-CR

Gilbert **CANTU**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR8797
Honorable Catherine Torres-Stahl, Judge Presiding

## O R D E R

 Appellant's brief originally was due to be filed on July 27, 2022. Appellant is represented on appeal by retained counsel Ms. Dayna L. Jones. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to August 26, 2022. On August 30, 2022, Ms. Jones filed a motion requesting an additional extension of time to file the brief until September 26, 2022. The motion is GRANTED. Ms. Jones is ORDERED to file appellant's brief **no later than September 26, 2022**. **This is the final extension of time the appellant will be granted absent extenuating circumstances**.

_____
Irene Rios, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court